IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 10-cv-01193-CMA-BNB

GALLEGOS MASONRY, INC., and on behalf of the
GALLEGOS MASONRY, INC. 401(k) PLAN,

    Plaintiff,

v.

SHERRIE L. HAUCK,
ROBERT A. HAUCK,
MICHAEL EVERSOLE, and
ALICIA EVERSOLE,

    Defendants.

---

**ORDER REGARDING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

---

This matter is before the Court on the parties' Stipulated Motion for Dismissal With Prejudice (Doc. # 21). The Court, having reviewed the Motion For Dismissal, the Settlement Agreement entered into between the parties, and otherwise being appraised of the applicable law, hereby

APPROVES the Settlement Agreement between the parties and ADOPTS the Settlement Agreement as an Order of the Court. It is

FURTHER ORDERED that the Motion for Dismissal is GRANTED, and this action is DISMISSED WITH PREJUDICE.

DATED: August __26__, 2010

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge